HEATHER E. WILLIAMS, Bar No. 122664
Federal Defender
MEGHAN D. MCLOUGHLIN, Bar No. 354051
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
FRANCISCO MARIANO ORANTES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

FRANCISCO MARIANO ORANTES,

Defendant.

Case No. 2:26-CR-00066-DJC

**STIPULATION TO CONTINUE SENTENCING DATE; ORDER**

DATE: September 17, 2026
TIME: 9:00 a.m.
COURT: Hon. Daniel J. Calabretta

**STIPULATION**

Defendant, FRANCISCO MARIANO ORANTES, by and through his counsel of record, and Plaintiff, United States of America, hereby stipulate as follows:

1. By previous order, this case was set for sentencing on September 17, 2026.

2. By this stipulation, defendant now moves to continue the sentencing hearing until November 19, 2026 at 9:00 a.m. As this is a sentencing hearing and a change of plea has already been entered, no exclusion of time under the Speedy Trial Act is required.

3. The parties agree to the following schedule of remaining deadlines, with the concurrence of probation:

| | |
|---|---|
| Judgment and Sentencing: | November 19, 2026 |
| Reply/Statement of Non-Opposition: | November 12, 2026 |
| Formal Objections: | November 5, 2026 |
| Final PSR: | October 29, 2026 |
| Informal Objections: | October 22, 2026 |

4. The parties agree and stipulate, and request that the Court find the following:

a) The instant matter was filed on April 29, 2026. Mr. Orantes was arraigned on May 7, 2026 and pleaded guilty on May 21, 2026.

b) Defense counsel is still in the middle of her defense investigation as it relates to sentencing under 18 U.S.C. § 3553(a). She and probation have been able to complete the presentence investigation interview, however the defense is awaiting additional medical records and assessments relevant to sentencing and also to Mr. Orantes' care while in the custody of the Bureau of Prisons.

c) This is the first requested continuance as to sentencing in this matter.

d) The parties agree that the advisory guideline range in this case is 292–360 months custody.

e) Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

f) The government does not object to the continuance.

IT IS SO STIPULATED.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: August 27, 2026

*/s/ Meghan D. McLoughlin*
MEGHAN D. McLOUGHLIN
Assistant Federal Defender
Attorney for Defendant
FRANCISCO MARIANO ORANTES

Dated: August 27, 2026

*/s/ Dhruv Sharma*
DHRUV SHARMA
Assistant United States Attorney

**ORDER**

**IT IS SO FOUND AND ORDERED** this 27th day of August, 2026.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE