HEATHER E. WILLIAMS, Bar No.122664
Federal Defender
MEGHAN D. McLOUGHLIN, Bar No. 354051
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
FRANCISCO ORANTES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>vs.<br><br>FRANCISCO ORANTES,<br><br>*Defendant.* | Case No: 2:26-CR-00066-DJC<br><br>**ORDER FILING UNDER SEAL**<br><br>Date: November 19, 2026<br>Time: 9:00 a.m.<br>Court: Hon. Daniel J. Calabretta |

GOOD CAUSE APPEARING, upon application of Defendant FRANCISCO ORANTES, the Court orders that Exhibit A to Defendant's *Sentencing Memorandum* shall be filed under seal. The aforementioned documents shall be made available to Assistant United States Attorney Dhruv Sharma and Assistant Federal Defender, Meghan McLoughlin.

This document shall remain under seal until further order of the Court.

IT IS SO ORDERED.

Dated: November 13, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE